## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ANGIENEL ASTACIO IRIZARY A/K/A ANGIENEL A. VALDEZ AND MOISES VALDEZ, | : | No. 105 EAL 2019 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| M & R PROPERTY INVESTMENT & MANAGEMENT, LLC, MODESTA MOLINA, ORLANDO RODRIGUEZ, MOHAMMAD QUADIR, MOHAMMAD ASHRA FUZZAMAN, CITYWIDE COMMUNITY COUNSELING SERVICES, INC., JOSE RUIZ, JOHN DOE CORPORATIONS, RICHARD ROE | : | |
| | : | |
| PETITION OF: CITYWIDE COMMUNITY COUNSELING SERVICES, INC., ORLANDO RODRIGUEZ AND MODESTA MOLINA | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.